**No. 10-9505. Juan Del Cid Morales, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2130, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2959.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 398 Fed. Appx. 598.

**No. 10-9506. Bertha Adriana Menchaca, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2130, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2958.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 469 Fed. Appx. 289.

**No. 10-9517. Rex Palmer Alexander, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2130, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2856.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 457.

**No. 10-9519. Eric R. Burke, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2130, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2907.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 633 F.3d 984.

**No. 10-9523. James Sandle, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2130, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2965.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 946.

**No. 10-9530. Andre Martin, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2131, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2839.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9536. Davinda Tonnellis Barber, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2131, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2943.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 49.

**No. 10-9540. Dominick Peoples, Petitioner v. Pennsylvania.**

563 U.S. 951, 131 S. Ct. 2131, 179 L. Ed. 2d 919, 2011 U.S. LEXIS 2981.

April 18, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 4 A.3d 185.